610

Courts must in the end say what is required; there are precautions so imperative that even their universal disregard will not excuse their omission."

See also *Rivera v. Rockford Machine & Tool Co.*, 1 Ill.App.3d 641, 274 N.E.2d 828.

Accordingly, we conclude that the trial court erred in granting the motions for summary judgment.

The judgment of the trial court is reversed and the cause is remanded with directions to proceed as though defendants' motions for summary judgment had been denied.

Reversed and remanded with directions.

DRUCKER, P. J., and LORENZ, J., concur.

GUY THOMAS, Plaintiff-Appellant, *v.* PAUL W. PRETZEL, as Exr. of the Estate of HELEN M. NORRIS, Deceased, *et al.*, Defendants-Appellants.

(No. 56213;

First District (5th Division)—March 2, 1973.

PER CURIAM.

Samuel Nineberg, of Chicago, for appellant.

Louis E. Bellande, of Pretzel, Stouffer, Nolan & Rooney, of Chicago, (Joseph B. Lederleitner, of counsel,) for appellee Paul W. Pretzel.